UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WOOTEN,

        NO. CIV. S-08-1311 LKK/JFM PS

    Plaintiff,

  v.

        O R D E R

THE STATE OF CALIFORNIA,
ARNOLD SCHWARZENEGGER, and
JERRY BROWN, A.G.,

    Defendants.
_____/

    Plaintiff Robert Wooten, a pro se litigant, has filed a motion for a temporary restraining order seeking to stay enforcement of the California Supreme Court's decision in <u>In re Marriage Cases</u>, 43 Cal. 4th 757 (2008), which upheld the right of same-sex couples to marry under the California Constitution. Plaintiff argues that the decision violates his rights under the Free Exercise Clause of the First Amendment.

    The Free Exercise Clause provides that Congress shall make no law "prohibiting the free exercise" of religion. U.S. Const. amend. I. Plaintiff, who is allegedly a minister, argues that his

1

1 | Free Exercise rights will be violated because "[o]nce the State
2 | sanctions [same-sex] marriages [he] [will] no longer be able to
3 | call them sinful."  Amendment to Aff. of Robert Wooten.  The
4 | decision of the California Supreme Court does nothing of the sort.
5 | Plaintiff remains free to preach whatever he wishes about same-sex
6 | marriage; the state's legal treatment of same-sex couples in no way
7 | impinges upon plaintiff's right to do so.
8 |     Accordingly, plaintiff's motion is DENIED.
9 |     IT IS SO ORDERED.
10 |     DATED:  June 12, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT