1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9
ROBERT WOOTEN,
10
                                      NO. CIV. S-08-1311 LKK/JFM PS
11           Plaintiff,

12      v.
                                         O R D E R
13  THE STATE OF CALIFORNIA,
    ARNOLD SCHWARZENEGGER, and
14  JERRY BROWN, A.G.,

15
             Defendants.
16  _____/

17      On June 12, 2008, the court previously denied plaintiff's

18  motion for a temporary restraining order to stay enforcement of the

19  California Supreme Court decision in In re Marriage Cases, 43 Cal.

20  4th 757 (2008).  On June 13, 2008, plaintiff filed a motion for

21  reconsideration as well as a notice of appeal.[1]

22  _____

23        [1] A denial of a temporary restraining order is ordinarily not
    an appealable order unless it effectively decides the merits of the
24  case.  Hunt v. Nat'l Broadcasting Co., Inc., 872 F.2d 289, 292 (9th
    Cir. 1989).  Here, the court's order did effectively decide the
25  merits of the case, as it found that the California Supreme Court
    decision in no way violated plaintiff's rights under the Free
26  Exercise Clause of the First Amendment.

                                    1

1     Ordinarily, "a notice of appeal divests a district court of

2  jurisdiction over those aspects of the case involved in the

3  appeal." <u>Stein v. Wood</u>, 127 F.3d 1187, 1189 (9th Cir. 1997).  An

4  exception to the rule exists where the appeal is frivolous.  <u>Chuman</u>

5  <u>v. Wright</u>, 960 F.2d 104, 105 (9th Cir. 1992); <u>Apostol v. Gallion</u>,

6  870 F.3d 1335 (7th Cir. 1989) ("If the claim . . . is a sham []

7  the notice of appeal does not transfer jurisdiction to the court

8  of appeals, and so does not stop the district court in its

9  tracks."); <u>Richardson v. United States</u>, 468 U.S. 317, 322, (1984)

10  ("the appealability of a double jeopardy claim depends on its being

11  at least 'colorable'").  Here, plaintiff has failed to state even

12  a colorable First Amendment claim.

13     Accordingly, the court finds that it has jurisdiction, and

14  upon review of the motion for reconsideration, DENIES the motion.

15     IT IS SO ORDERED.

16     DATED:  June 16, 2008.

17

18

19                              LAWRENCE K. KARLTON
20                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
21

22

23

24

25

26